FILED
2008 JUN -4 PM 4:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 99CR2697-BTM |
|---|---|---|
| Plaintiff, | ) ) | I N D I C T M E N T<br>(2nd **Superseding**) |
| v. | ) ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| ARMANDO HERNANDEZ-LOPEZ, | ) ) | Methamphetamine and Heroin; |
| Defendant. | ) ) ) ) ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine and Heroin with Intent to Distribute;<br>Title 18, U.S.C., Sec. 3146 - Bail Jumping (Felony) |

The grand jury charges:

<u>Count 1</u>

On or about September 6, 1999, within the Southern District of California, defendant ARMANDO HERNANDEZ-LOPEZ did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 2.4 kilograms (5.3 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

JIS:nlv:San Diego
6/4/08

<u>Count 2</u>

On or about September 6, 1999, within the Southern District of California, defendant ARMANDO HERNANDEZ-LOPEZ did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 2.4 kilograms (5.3 pounds) of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>Count 3</u>

On or about September 6, 1999, within the Southern District of California, defendant ARMANDO HERNANDEZ-LOPEZ did knowingly and intentionally import 100 grams and more, to wit: approximately 166.7 grams (5.8 ounces) of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 4</u>

On or about September 6, 1999, within the Southern District of California, defendant ARMANDO HERNANDEZ-LOPEZ did knowingly and intentionally possess, with intent to distribute, 100 grams and more, to wit: approximately 166.7 grams (5.8 ounces) of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//
//
//

<u>Count 5</u>

On or about December 13, 1999, within the Southern District of California, defendant ARMANDO HERNANDEZ-LOPEZ did knowingly fail to appear as required before the United States District Court in San Diego, California, after having been released on or about October 28, 1999, pursuant to the Bail Reform Act of 1984 (Title 18, United States Code, Sections 3141-3150) in connection with the above felony charges; all in violation of Title 18, United States Code, Section 3146.

DATED: June 4, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JONATHAN I. SHAPIRO
Assistant U.S. Attorney