```
LAURA E. DUFFY
United States Attorney
Jonathan I. Shapiro
Assistant U.S. Attorney
California State Bar No. 268954
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8225 /(619) 546-0631
Email: Jonathan.Shapiro@usdoj.gov
Attorney for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 99-CR-02697-BTM |
|---|---|
| Plaintiff, | ) NOTICE OF APPEARANCE |
| v. | ) |
| ARMANDO HERNANDEZ-LOPEZ, | ) |
| Defendant. | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Laura E Duffy | 199232 | (619)557-5610 | Laura.Duffy@usdoj.gov |

1  Effective this date, <u>the following attorneys are no longer associated with this</u>
2  <u>case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to
3  activity in this case:

| <u>Name</u> | <u>CBN</u> | <u>Tele. No.</u> | <u>Email Address</u> |
|---|---|---|---|
|  |  |  |  |

DATED: 03/06/13

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

<u>s/Jonathan I. Shapiro</u>
Jonathan I. Shapiro
Assistant United States Attorney

Notice of Appearance
United States v. ARMANDO HERNANDEZ-LOPEZ
99-CR-02697-BTM                    2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No.99-CR-02697-BTM |
| Plaintiff, | ) |
| v. | ) |
| ARMANDO HERNANDEZ-LOPEZ, | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |

IT IS HEREBY CERTIFIED THAT:

 I, Jonathan I. Shapiro, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

 I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following party by electronic mail.

David Mathias Nisson, Esq.
davidmnisson@sbcglobal.net

 I declare under penalty of perjury that the foregoing is true and correct.

 Executed on 03/06/13.

s/Jonathan I. Shapiro<br>Jonathan I. Shapiro<br>Assistant U.S. Attorney

Notice of Appearance
United States v. ARMANDO HERNANDEZ-LOPEZ
99-CR-02697-BTM      3